UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JS-6

| | |
|---|---|
| SAMY ATTIA FARAG,<br> Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br> Defendant. | No. 2:20-cv-05470-SK<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: May 27, 2021

HON. STEVE KIM
United States Magistrate Judge