THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MICHAEL T. KEATING (State Bar No: 266562)
E-mail: tracey@disabilitylawfirm.com
  Attorneys for Plaintiff
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA  94105
  Telephone:  (415) 977/8982
  Facsimile: (415) 744-0134
  Email:  timothy.bolin@ssa.gov
  Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISION

| | |
|---|---|
| SAMY ATTIA FARAG, | ) Case No. CV 20-05470-SK |
|  Plaintiff, | ) **ORDER AWARDING EQUAL** |
| | ) **ACCESS TO JUSTICE ACT** |
|   v. | ) **ATTORNEY FEES PURSUANT TO** |
| KILOLO KIJAKAZI[1], | ) **28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) |
| | ) |
|  Defendant. | ) |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND SIX HUNDRED DOLLARS [$4,600.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: __July 30, 2021__   _____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE